IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

KEITH OWEN CAMPBELL;
LARRY A. CAMPBELL; and
WEST VIRGINIA CITIZENS DEFENSE
LEAGUE, INC., a West Virginia Nonprofit
Corporation,

        Plaintiffs,

v().                                                    Civil Action No.: 5:11-CV-69

CITY OF WHEELING, a West Virginia Municipal Corporation; ROBERT G. MATHENY, personally and in his official capacity as the Chief of Police of the City of Wheeling; MATTHEW KOTSON, personally and in his official capacity as a member of the Wheeling Police Department; RUSTY JEWELL, personally and in his official capacity as a member of the Wheeling Police Department; UNKNOWN OFFICER NO. 2, personally and in his official capacity as a member of the Wheeling Police Department,

        Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF KEITH OWEN CAMPBELL AND PLAINTIFF LARRY A. CAMPBELL

    COME NOW Plaintiffs, Keith Owen Campbell and Larry A. Campbell, by counsel, Paul J. Harris, and Defendants City of Wheeling, Robert Matheny, Matthew Kotson, and Rusty Jewell, and Unknown Officer No. 2, by counsel, Heather M. Noel, and inform the Court that all matters in controversy between them have been fully settled and compromised, and respectfully request dismissal with prejudice, with the parties to bear their respective attorney fees and costs incurred in and about the prosecution and in and about the defense of this action.

    Dated this 9th day of August, 2012.

1

Plaintiffs Keith Owen Campbell
and Larry A. Campbell,
by counsel,


/s/ Paul J. Harris
Paul J. Harris
W. Va. Bar # 4673
Fifteenth & Eoff Streets
Wheeling, WV 26003
pjh7294@aol.com


Defendants,
by counsel,

/s/ Heather M. Noel
Heather M. Noel, Esq.
MacCorkle, Lavender, Casey & Sweeney, PLLC
2004 White Willow Way
Morgantown, WV 26505
hnoel@mlclaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August, 2012, I served this *Stipulation of Dismissal with Prejudice as to Plaintiff Keith Owen Campbell and Plaintiff Larry A. Campbell* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James M. Mullins, Jr., Esq.
The Law Offices of James M. Mullins, Jr., PLLC
101 North Kanawha Street, Suite 401
Beckley, WV 25801
jim@mullinslawoffices.com

/s/ Paul J. Harris
